**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Alex Mijalis
Attorney at Law
P. O. Box 1534
Shreveport LA 71165

**REHEARING ACTION: January 12, 2011**

**Docket Number: 10   00003-CW consolidated with 594-CA**

**RALPH WARE**
**VERSUS**
**GEMINI INSURANCE COMPANY,**
**ET AL.**

**Writ Application from Natchitoches Parish Case No. 81810-B**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gemini Insurance Company** has this day been

    **DENIED.**

cc: Joseph Payne Williams, Counsel for  the Respondent